**Fill in this information to identify your case:**

Debtor 1  **Jennifer Kane**

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the **District of Massachusetts**

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement disclosing additional payments or agreements as of

# Form BKA-2030
## Disclosure of Compensation of Attorney for Debtor   12/15

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

### Part 1:   Compensation

For legal services, I have agreed to accept .......................... **$1,000.00**

Prior to the filing of this statement I have received
   Retainer for legal services............................................ **$1,000.00**

   Retainer for expenses, including the court filing fee ...... **$400.00**

Balance Due ...................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☐ Other (specify)   ☒ N/A

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

### Part 2:   Services

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

   b. Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved. EFF543FF-9FEB-4219-A995-D295AE4A9E88

   e. **In accordance with MLBR 9010-3(d) and Standing Order 2013-02, undersigned counsel has agreed to represent the debtor in the defense of any adversarial proceeding including proceedings relating to their discharge and/or the dischargeability of any debt. However, such representation shall be on an hourly basis at the customary rate of $250 per hour, and an initial retainer payment of $4,000 shall be required.**

   f.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Representation of the debtor in the defense of any adversarial proceedings not relating to their discharge and/or the dischareability of any debt.**

7. A copy of my retainer agreement  ☐ is   ☒ is not attached.

**Part 3:    Certification**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ Christopher Brine_____        07/28/2016_____
Christopher Brine (Brine Consumer Law)                        Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved. EFF543FF-9FEB-4219-A995-D295AE4A9E88